UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>Frank Joseph VENTIMIGLIA<br><br>        Defendant. | Case No.: CR 02-144-SVW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD CAL___ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no evidence submitted by ∆; no verification of info from___

1     *PTS interview; no current employment; no apparent*
2     *resources for bail*

4     and/or

5 B.   (✓) The defendant has not met his/~~her~~ burden of establishing by
6     clear and convincing evidence that he/~~she~~ is not likely to pose
7     a danger to the safety of any other person or the community if
8     released under 18 U.S.C. § 3142(b) or (c). This finding is based
9     on: *no evid by D; prior revocations; serious history of*
10     *drug abuse*

14     IT THEREFORE IS ORDERED that the defendant be detained pending
15 the further revocation proceedings.

17 Dated: 6/23/10

                                    RALPH ZAREFSKY
                                    UNITES STATES MAGISTRATE JUDGE